349 SEIBLY (Admr.) vs. CIRCUIT JUDGE (Ingham), No. 14588, 105 M., 584.

To vacate an order reviving a cause against the administrator of a decedent, at the instance of the former wife of decedent, who had upon a bill filed by her obtained a decree of divorce, wherein the question of alimony was reserved for further order and decree.

Granted June 4, 1895, without costs.